Francis FARINELLA, Appellant

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

April 28, 2010.

### ORDER

PER CURIAM.

AND NOW, this 28th day of April, 2010, the order of the Commonwealth Court is AFFIRMED.